IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO. 3:16-CR-40-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| JESSICA ANNE BROWN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Government's Motion for a Judicial Testimonial Subpoena" (document # 5) filed April 19, 2016 and referred to the undersigned on May 10, 2016. For the reasons set forth therein, the Motion will be granted.

**IT IS HEREBY ORDERED** that the Subpoena attached to Government's Motion (document #5-1) be issued. The Subpoena shall be issued to:

PROBATION OFFICER DANIELLE M. PEOPLES
U.S. PROBATION OFFICE FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
101 S. EDGEWORTH STREET
GREENSBORO, NC 27401-2219

**SO ORDERED**.

Signed: May 11, 2016

David S. Cayer
United States Magistrate Judge